THE MAYAGUEZ DRUG COMPANY, INC., Appellant, v. THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF NEW YORK, Respondent.* — Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Finch, P. J., and McAvoy, J., dissent and vote for modification by adding interest to the verdict.

ANTON SCHICHOWSKI, Respondent, v. AUGUST EDWARD HOFFMANN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH P. BOWLES, Appellant, v. ELIAS A. COHEN and BROADWAY-JOHN STREET CORPORATION, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FRANK O'NEILL, Respondent, v. OWENS & Co., INC., and UNITED DRESSED BEEF COMPANY OF NEW YORK, Appellants.† — Judgment in so far as it is rendered against the defendant United Dressed Beef Company of New York affirmed, with costs to the respondent. Judgment in so far as appealed from by the defendant Owens & Co., Inc., reversed, the action severed, and a new trial ordered as to said defendant, with costs to the said appellant to abide the event, upon the ground that the verdict against it was contrary to the weight of the credible evidence. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of I. TANENBAUM SON & Co., Respondent, to Compel JOHN A. LAIRD, as Executor, etc., of ALICIA L. LAIRD, Deceased, Appellant, to Render and Settle the Account of Said JOHN A. LAIRD as Such Executor.— Order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RANDOLPH NEUMAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH CHERNOW and CHARLES DICKMAN, and All Others Similarly Situated, Appellants, v. HARRY FELDMAN, as President of NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, Respondent.— Order affirmed, with ten dollars costs and disbursements, solely on the ground that the answer raises triable issues. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SAMUEL RAGOVIN, Respondent, v. SELGOLD MORTGAGE CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ROBERT E. ADAMS, Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Defendant, Impleaded with LAMAR HILL, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FLORENCE JANE FOREMAN, Respondent, v. LOREN O. FOREMAN and Others, as Temporary Administrators, etc., of WINFIELD A. FOREMAN, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

* Modfd., 260 N. Y. 356.    † Affd., 260 N. Y. 623.